# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Van Hardin Kyzar
District Attorney, 10th JDC
P. O. Box 838
Natchitoches LA 71458-0838

Robert Stuart Wright
ADA - 10th JDC
P. O. Box 838
Natchitoches LA 71458-0838

**REHEARING ACTION: December 12, 2012**

**Docket Number: 12   00204-KA**

**STATE OF LOUISIANA
VERSUS
JODY D. HAMILTON**

**Appealed from Natchitoches Parish Case No. C16173**

**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. Marc T. Amy
    Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

    **DENIED.**

Also, the motion to supplement record for rehearing application filed by **State of**

**Louisiana** has this day been

    **DENIED.**

cc: Annette Fuller Roach, Counsel for the Appellant
    Jody D. Hamilton, Pro Se